IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC T. ALSTON,

    Plaintiff,

v.

THE CITY OF MADISON, NOBLE WRAY,
TOM WOODMANSEE, CORY NELSON,
SAMANTHA KELLOGG, PAIGE VALENTA,
DAVID MAHONEY, GARY JACKSON,
DALLAS S. NEVILLE, ART THURMER,
KENT HANSON, DIANE PASVAHALA,
CHRIS COLE, KELLY JACKSON,
MARCI PAULSON, DON BATES,
RODNEY WILSON, BETH WHITAKER,
ISMAEL OZANNE, NICKOLAS GANSER,
JOHN VAUDREUIL and BRIAN REYNOLDS,

    Defendants.

JUDGMENT IN A CIVIL CASE

13-cv-635-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying plaintiff leave to proceed and dismissing his claims against defendants David Mahoney, Gary Jackson, Dallas Neville, Art Thurmer, Kent Hanson, Diane Pasvahala, Chris Cole, Kelly Jackson, Marci Paulson, Don Bates, Rodney Wilson, Ismael Ozanne, John Vaudreuil, Beth Whitaker and Nickolas Ganser; and

(2) granting Samantha Kellogg, Paige Valenta, Tom Woodmansee, Cory Nelson, Noble Wray, the City of Madison and Brian Reynold's motions for summary judgment and dismissing this case.

| /s/ | 12/16/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |