DOC NO
REC'D/FILED

2016 JAN -6  AM 9:59

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC T. ALSTON,

        Plaintiff,

v.                                                    Case No. 13-CV-635

THE CITY OF MADISON, NOBLE WRAY
TOM WOODMANSEE, CORY NELSON,
SAMANTHA D. KELLOGG, PAIGE VALENTA,
and BRIAN REYNOLDS,

        Defendants.

---

### NOTICE OF APPEAL

---

Notice is hereby given that Petitioner Eric T. Alston (pro se) appeals to the United States Court

of Appeals For the Seventh Circuit from the whole order entered on the 16th day of December,

2015 in the UNITED STATES DISTRICT COURT, for the WESTERN DISTRICT, the

Honorable Barbara B. Crabb presiding in favor of the City of Madison et, al and against Eric T.

Alston. Wherein the court denied petitioner's claims of civil rights violations.

January ___, 2016

Respectfully Submitted,

*Eric T. Alston* (signature)

        Eric T. Alston

    Layman (*Pro se*) Litigant

CC: United District Courts Clark of Court
    United States Court of Appeals for the Seventh Circuit